UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



| | | |
|---|---|---|
| WALTER ALLEN, ET AL. | ) | CIVIL ACTION NO. 06-638-RET-CN |
| versus | ) | JUDGE TYSON |
| | ) | MAGISTRATE JUDGE NOLAND |
| ROLLINS ENVIRONMENTAL SERVICES, INC., ET AL. | ) | |

### MOTION TO FILE EXCERPTS FROM *MOTION TO REMAND* AND *MEMORANDUM IN SUPPORT OF MOTION TO REMAND* UNDER SEAL

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Walter W. Allen and Kim Fowler, herein collectively "Plaintiffs", who, without waiving and specifically reserving all state court rights and remedies herein, file this Motion To File Excerpts From *Motion to Remand* and *Memorandum in Support of Motion to Remand* Under Seal in the above-styled matter.

1.

The Plaintiffs are filing the attached Motion to Remand which addresses statutorily confidential documents and statements that were attached to the *Notice of Removal* filed by removing defendant, Steadfast Insurance Company ("Steadfast"), in violation of statutory law, specifically LSA-R.S. 9:4112, by using confidential written communications and records made during mediation which are not subject to disclosure and may not be used as evidence in any judicial proceeding.

2.

The Plaintiffs have not waived the confidentiality of the documents attached to the *Notice*



Case 3:06-cv-00638-RET-CN   Document 8   10/03/06   Page 1 of 3

*of Removal,* nor do they now want to file any responsive pleadings or documents with this Honorable Court that might be construed as a waiver of that confidentiality.

WHEREFORE, the Plaintiffs respectfully request they be allowed to file under seal the certain excerpts from their *Motion to Remand* and *Memorandum in Support of Motion to Remand.*

Respectfully submitted:

By: _____
RICHARD J. DODSON (04982)
KENNETH H. HOOKS, III
**DODSON & HOOKS (APLC)**
One Maritime Centre
17405 Perkins Road
Baton Rouge, La. 70810
Tel: (225)756-0222

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record to these proceedings by placing a copy of same in the United States mail, postage prepaid and properly addressed this 3rd day of October, 2006.

_____
Richard J. Dodson

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| WALTER ALLEN, ET AL. | ) | CIVIL ACTION NO. 06-638-RET-CN |
|---|---|---|
| versus | ) | |
| | ) | JUDGE TYSON |
| ROLLINS ENVIRONMENTAL | ) | |
| SERVICES, INC., ET AL. | ) | MAGISTRATE JUDGE NOLAND |

## **ORDER**

Having considered the Plaintiffs' Motion,

IT IS ORDERED that the excerpts from Plaintiffs' *Motion to Remand* and *Memorandum in Support of Motion to Remand* be and are hereby filed UNDER SEAL.

Baton Rouge, Louisiana this _____ day of _____, 2006

_____
Judge, USDC Middle District of Louisiana