UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| WALTER ALLEN, ET AL. | ) | CIVIL ACTION NO. 06-638-RET-CN |
|---|---|---|
| versus | ) | JUDGE TYSON |
| | ) | MAGISTRATE JUDGE NOLAND |
| ROLLINS ENVIRONMENTAL SERVICES, INC., ET AL. | ) | |

### MOTION TO ABSTAIN AND TO REMAND

Comes Now plaintiffs, Walter W. Allen and Kim Fowler, to move this Honorable Court to abstain from jurisdiction and to remand this action to the 18th Judicial District Court, Iberville Parish, Louisiana. Movers show that they are entitled to remand for the following reasons: (1) there is no bankruptcy jurisdiction of this action under 28 U.S.C. § 1452; (2) there is no federal question, diversity, or ancillary jurisdiction of this action; (3) this action satisfies the mandatory abstention requirements of 28 U.S.C. § 1334(c)(2); (4) this court should permissively abstain under 28 U.S.C. § 1334(c)(1); (4) this removal is procedurally defective; and, (5) the removing party did not obtain the consent of the co-defendants to remove.

WHEREFORE, for the reasons more fully discussed in the attached memorandum, this Honorable Court should abstain and remand this action to the 18th Judicial District Court.

Respectfully submitted:

By: _____
RICHARD J. DODSON (04982)
KENNETH H. HOOKS, III (25097)
**DODSON & HOOKS (APLC)**
One Maritime Centre
17405 Perkins Road
Baton Rouge, La. 70810
Tel: (225)756-0222

- 1 -



## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record to these proceedings by placing a copy of same in the United States mail, postage prepaid and properly addressed this ____ day of November, 2006.

/s/ Kenneth H. Hooks, III
Kenneth H. Hooks, III

- 14 -